UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIANNA JEFFERSON,

    Plaintiff,

v.

                              Case No. 14-13749

                              Paul D. Borman
                              United States District Judge

UNITED CAR COMPANY, INC.,

    Defendant.

_____/

## JUDGMENT

For the reasons stated in the Opinion and Order Granting Plaintiff's Motion for Entry of Default Judgment issued on today's date, it is ordered and adjudged that Plaintiff's Motion for Entry of Default Judgment is GRANTED, the attached Retail Installment Contract and Security Interest is RESCINDED, and Plaintiff is AWARDED damages, attorney's fees and costs in the total amount of $7,608.50.

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: July 18, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 18, 2016.

                              s/Deborah Tofil
                              Case Manager